# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTAU, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENNETT & BENNETT, INC., <br><br> Defendant. | Case No. 1:18-cv-01716-LJO-SAB <br><br> ORDER RE REQUEST TO CONTINUE SCHEDULING CONFERENCE <br><br> (ECF No. 6) |

On December 14, 2018, Plaintiffs filed this action alleging trademark infringement. (ECF No. 1.) On December 19, 2018, the Court set an initial scheduling conference to take place on March 5, 2019. (ECF No. 5.) On February 26, 2019, Plaintiff filed a request to continue the scheduling conference due to the fact that Defendant has not yet been served with the summons and complaint, and the parties are currently engaged in settlement negotiations. (ECF No. 6.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request to continue the initial scheduling conference is GRANTED;
2. The initial scheduling conference set for March 5, 2019 is CONTINUED to **June 14, 2019, at 9:00 a.m.** in Courtroom 9; and

///
///
///

1

3. The parties shall file a joint scheduling report seven (7) days prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **February 27, 2019**

_____
UNITED STATES MAGISTRATE JUDGE