# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTAU, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENNETT & BENNETT, INC., <br><br> Defendant. | Case No. 1:18-cv-01716-LJO-SAB <br><br> ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF ACTION <br><br> FIVE DAY DEADLINE |

Hortau, Inc. ("Plaintiff") filed this trademark action against Bennett & Bennett, Inc. ("Defendant") on December 14, 2018. (ECF No. 1.) On March 11, 2019, the proof of service was returned showing that Defendant was served on March 7, 2019. (ECF No. 8.)

Pursuant to Rule 12 of the Federal Rules of Civil Procedure the time to serve a responsive pleading is within twenty-one days after being served with the summons and the complaint. Fed. R. Civ. P. 12(a)(1)(A)(i). When a party against whom affirmative relief is sought fails to plead or otherwise defend an action default should be sought. Fed. R. Civ. P. 55(a).

In this instance, Defendant has failed to file a time answer. Further, there has been no stipulation to extend time for an answer to be filed nor has Plaintiff sought to have default entered in this action.

Accordingly, IT IS HEREBY ORDERED that within **five (5) days** from the date of entry of this order, Plaintiff shall file a notice informing the Court of the status of this action. Plaintiff

is advised that failure to comply with this order will result in the recommendation that this action be dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated: __**May 22, 2019**__

UNITED STATES MAGISTRATE JUDGE