# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORTAU, INC., <br><br> Plaintiff, <br><br> v. <br><br> BENNETT & BENNETT, INC., <br><br> Defendant. | Case No. 1:18-cv-01716-LJO-SAB <br><br> ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS <br><br> (ECF No. 10) <br><br> SIXTY DAY DEADLINE |

On May 22, 2019, the Court issued an order requiring Plaintiff to file a notice of status of action within five days of entry of the order. (ECF No. 9.) On May 24, 2019, Plaintiff filed a notice informing the Court that the parties have reached a tentative settlement agreement in this matter. (ECF No. 10.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **sixty (60) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated: **May 28, 2019**

UNITED STATES MAGISTRATE JUDGE

1